**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                          Case No. 10–03796–als7
Jerome T. Bobo
Ann D. Bobo
Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

> **Notice of Bar Date for Objections (RE: related document(s)[10] Motion for Relief from Stay Fee Amount $150 filed by Creditor JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank fka Washington Mutual Bank, FA) Objections Due By 08/16/2010. (asrs)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Anita L. Shodeen
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0863-4           User: asrs                 Page 1 of 1                Date Rcvd: Aug 09, 2010
Case: 10-03796                 Form ID: NTCBDBK           Total Noticed: 1

The following entities were noticed by first class mail on Aug 11, 2010.
db/jdb        +Jerome T. Bobo,    Ann D. Bobo,    2500 Maryland Pike,    Des Moines, IA 50310-3429

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2010**                **Signature:** *Joseph Speetjens*