IN THE UNITED STATES BANKRUPTCY COURT
For the SOUTHERN DISTRICT of IOWA
DES MOINES DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter:  7 |
| Jerome T. Bobo ) | | |
| ) | | REQUEST FOR SPECIAL NOTICE |
| ) | | Case Number: 10-03796-ALS |
| Debtor(s) ) | | [No Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:
        HSBC BANK NEVADA, N.A.
        COMP USA   COMPUTER CITY

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

        HSBC BANK NEVADA, N.A.
        Bass & Associates, P.C.
        3936 E. Ft. Lowell Road, Suite #200
        Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/18/10
Account Number: ************2927

      Respectfully submitted,
      Bass & Associates, P.C.

      By: /s/ Patti H. Bass  (AZ 016849)
        Attorneys for Creditor
        HSBC BANK NEVADA, N.A.
        3936 E Ft Lowell Rd Suite 200
        Tucson, AZ  85712-1083
        (520) 577-1544
        ecf@bass-associates.com